**SHA-1 Hash:** FB4FA00EBAA9E332B559C1BD36EB5197A96C6541     **Title:** Virgins 4

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.110.140 | 5/20/2011 19:26 | Cherry Hill | NJ | Comcast Cable | BitTorrent |
| 2 | 24.0.208.236 | 5/18/2011 3:23 | Rutherford | NJ | Comcast Cable | BitTorrent |
| 3 | 68.45.97.53 | 5/18/2011 8:01 | Cherry Hill | NJ | Comcast Cable | BitTorrent |
| 4 | 69.136.253.247 | 5/13/2011 19:01 | Secaucus | NJ | Comcast Cable | BitTorrent |
| 5 | 69.142.14.175 | 5/10/2011 1:47 | Brick | NJ | Comcast Cable | BitTorrent |
| 6 | 69.253.182.65 | 5/24/2011 0:10 | Brick | NJ | Comcast Cable | BitTorrent |
| 7 | 71.226.209.213 | 4/30/2011 21:31 | Riverton | NJ | Comcast Cable | BitTorrent |
| 8 | 76.99.47.230 | 5/26/2011 4:25 | Vineland | NJ | Comcast Cable | BitTorrent |
| 9 | 98.221.226.119 | 5/27/2011 4:16 | Whitehouse Station | NJ | Comcast Cable | BitTorrent |
| 10 | 98.221.237.205 | 6/3/2011 10:24 | Whitehouse Station | NJ | Comcast Cable | BitTorrent |
| 11 | 98.221.91.202 | 5/31/2011 3:32 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 12 | 173.3.127.12 | 6/5/2011 0:18 | Edison | NJ | Optimum Online | BitTorrent |
| 13 | 67.81.41.178 | 5/23/2011 0:41 | Norwood | NJ | Optimum Online | BitTorrent |
| 14 | 67.85.40.141 | 5/7/2011 18:20 | Morganville | NJ | Optimum Online | BitTorrent |
| 15 | 68.193.227.251 | 5/20/2011 1:11 | Hoboken | NJ | Optimum Online | BitTorrent |
| 16 | 69.115.179.110 | 5/20/2011 7:13 | Wayne | NJ | Optimum Online | BitTorrent |
| 17 | 69.115.23.9 | 4/30/2011 16:05 | Edison | NJ | Optimum Online | BitTorrent |
| 18 | 69.115.25.75 | 5/22/2011 8:03 | Metuchen | NJ | Optimum Online | BitTorrent |
| 19 | 69.116.126.110 | 5/29/2011 13:00 | Metuchen | NJ | Optimum Online | BitTorrent |
| 20 | 69.125.198.128 | 5/23/2011 0:24 | Parsippany | NJ | Optimum Online | BitTorrent |
| 21 | 173.63.75.158 | 4/27/2011 23:41 | Summit | NJ | Verizon Internet Services | BitTorrent |
| 22 | 173.71.126.204 | 5/6/2011 12:48 | Cherry Hill | NJ | Verizon Internet Services | BitTorrent |
| 23 | 70.105.169.69 | 5/15/2011 17:53 | Monmouth Junction | NJ | Verizon Internet Services | BitTorrent |
| 24 | 96.234.9.57 | 4/29/2011 9:10 | Brick | NJ | Verizon Internet Services | BitTorrent |

| 25 | 96.242.174.10  | 5/3/2011 9:59 | Monmouth Junction | NJ | Verizon Internet Services | BitTorrent |
| 26 | 98.109.111.144 | 5/6/2011 5:59 | Caldwell          | NJ | Verizon Internet Services | BitTorrent |

# EXHIBIT A

NJ11