\*-APPLICATION-\*

## Title
**Title of Work:** Virgins #4

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** February 9, 2011      **Nation of 1st Publication:** United States

## Author
**Author:** K-Beech, Inc., dba Cherry Boxxx Pictures
**Author Created:** editing/editor, production/producer
**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** K-Beech, Inc., dba Cherry Boxxx Pictures
9601 Mason Ave., Unit B, Chatsworth, CA, 91311, United States

## Rights and Permissions
**Organization Name:** K-Beech, Inc.
**Name:** Jeff Snyder
**Email:** jeffs@kbeech.com
**Address:** 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Certification
**Name:** Jeff Snyder
**Date:** April 22, 2011

**EXHIBIT B**

Registration #:
Service Request #: 1-599790162
Priority: Routine                    Application Date: April 22, 2011 12:25:29 PM

## Correspondent

Organization Name: K-Beech, Inc.

Name: Jeff Snyder

Email: jeffs@kbeech.com

Address: 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Mail Certificate

K-Beech, Inc.
Jeff Snyder
9601 Mason Ave.
Unit B
Chatsworth, CA 91311 United States