To download this torrent, you need a P2P BitTorrent client like Wyzo or Vuze.

| | |
|---|---|
| Download torrent: | Virgins.4.XXX.DVDRip.XviD-Jiggly torrent |
| Alternative download: | This download might also be available on DirectDownload (highspeed access 16 mbit), on Rapidshare |
| Info hash: | FB4FA00EBAA9E332B559C1BD36EB5197A96C6541 |
| Category: | Categories > Adult / Porn torrents > DVD torrents |
| Trackers: | 11  View all torrent trackers > |
| Seeds: | 2485 |
| Leechers: | 1588 |
| Health: | |
| Torrent language: | English |
| Total Size: | 1.36 GB |
| Number of files: | 2  View torrent files > |
| More torrents: | Virgins.4.XXX.DVDRip.XviD-Jiggly torrents |
| Torrent status: | Added by trusted uploader bosedk |
| Uploader: | bosedk |
| Torrent added: | 2011-02-20 12:20:44 |

DOWNLOAD    16Mb/s speed

EXHIBIT D

NJ11