EXHIBIT E
File Transfers View Tools Plugins Help
My Torrents Options Statistics Console
[6:10:50] Received [BT_HAVE piece #12081] message from L: 63.230.53.111: 6956 [BitTornado 0.3.7]
[6:10:51] Received [AZ_PEER_EXCHANGE for infohash 0FEB4A15F6959FC8C91DC2742655D2428A120362 with 0 added and 2 dropped peers] messag
[6:10:51] Received [BT_HAVE piece #11140] message from L: 83.67.84.176: 16682 [Azureus 2.3.0.4]
[6:10:51] Received [BT_HAVE piece #12927] message from L: 83.67.84.176: 16682 [Azureus 2.3.0.4]
[6:10:51] Creating outgoing connection to 84.183.209.60: 6882
[6:10:51] Received [BT_REQUEST piece #14445: 81920->98303] message from L: 70.48.105.26: 6881 [Azureus 2.3.0.6]
[6:10:51] Received [BT_REQUEST piece #14445: 98304->114687] message from L: 70.48.105.26: 6881 [Azureus 2.3.0.6]
[6:10:51] Sent [BT_PIECE data for #11552: 245760->262143] message to L: 69.151.247.156: 6881 [Azureus 2.3.0.7_B3]
[6:10:51] Sent [BT_PIECE data for #15955: 0->16383] message to L: 69.151.247.156: 6881 [Azureus 2.3.0.7_B3]
[6:10:51] Received [BT_HAVE piece #7221] message from L: 80.127.66.20: 15013 [BitTornado 0.3.10]
[6:10:51] DiskCache: cache full, flushed 1114112 from D:\Program Files\Azureus\downloads\debian-31r0a-i386-binary-1.iso
[6:10:51] DiskCache: cr=31801344,cw=22216704,fr=26615746,fw=21725184
[6:10:51] Sent [BT_PIECE data for #14445: 81920->98303] message to L: 70.48.105.26: 6881 [Azureus 2.3.0.6]
[6:10:51] Sent [BT_PIECE data for #14445: 98304->114687] message to L: 70.48.105.26: 6881 [Azureus 2.3.0.6]
[6:10:51] Received [BT_HAVE piece #8562] message from L: 130.56.235.221: 6881 [Mainline 4.2.0]
[6:10:51] Received [BT_HAVE piece #1744] message from L: 70.48.239.53: 58750 [BitTornado 0.3.7]
[6:10:51] Received [BT_HAVE piece #12731] message from L: 70.48.239.53: 58750 [BitTornado 0.3.7]
[6:10:51] Established outgoing connection with L: 84.183.209.60: 6882 []
[6:10:51] Sent [BT_HANDSHAKE of dataID: 0FEB4A15F6959FC8C91DC2742655D2428A120362 peerID: -AZ2306-ABIOZEY39sOr] message to L: 84.18
[6:10:51] Received [AZ_PEER_EXCHANGE for infohash 0FEB4A15F6959FC8C91DC2742655D2428A120362 with 2 added and 3 dropped peers] messag
[6:10:51] Received [BT_PIECE data for #17006: 245760->262143] message from L: 80.102.145.93: 6881 [ABC 2.6.9]
[6:10:51] Sent [BT_REQUEST piece #3652: 163840->180223] message to L: 80.102.145.93: 6881 [ABC 2.6.9]
[6:10:51] Sent [BT_REQUEST piece #3652: 180224->196607] message to L: 80.102.145.93: 6881 [ABC 2.6.9]
[6:10:52] Received [BT_HAVE piece #15422] message from L: 70.48.239.53: 58750 [BitTornado 0.3.7]
[6:10:52] Sent [BT_PIECE data for #2619: 196608->212991] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Sent [BT_REQUEST piece #3652: 114688->131071] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Sent [BT_REQUEST piece #3652: 131072->147455] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Sent [BT_PIECE data for #2619: 212992->229375] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Sent [BT_HAVE piece #11521] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Sent [BT_HAVE piece #1815] message to L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Received [BT_HANDSHAKE of dataID: 0FEB4A15F6959FC8C91DC2742655D2428A120362 peerID: -ML2.6.4-Z---m-N--] message from L: 8
[6:10:52] L: 84.183.209.60: 6882 [mldonkey 2.6.4] has sent their handshake
[6:10:52] Sent [BT_BITFIELD] message to L: 84.183.209.60: 6882 [mldonkey 2.6.4]
[6:10:52] Received [BT_PIECE data for #3652: 65536->81919] message from L: 66.60.29.24: 6881 [Mainline 4.0.2]
[6:10:52] Received [BT_HAVE piece #6723] message from L: 66.60.29.24: 6881 [Mainline 4.0.2]