Samantha H. Evans (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F: 866.844.8305
sam@bowlescrow.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
OF NEW JERSEY

| PATRICK COLLINS, INC., | |
|---|---|
| v. | Civil Action No. |
| JOHN DOES 1-26. | |

**CERTIFICATION OF RELATED CASES**

I, Samantha H. Evans, certify that the following cases are related:

| Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|
| Patrick Collins , Inc. v. John Does 1-13 | 2:11-cv-01470-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-10 | 2:11-cv-01512-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-9 | 2:11-cv-01513-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |

| | | | |
|---|---|---|---|
| Patrick Collins , Inc. v. John Does 1-21 | 2:11-cv-01514-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-21 | 2:11-cv-01483-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-10 | 2:11-cv-01484-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-7 | 2:11-cv-01478-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-7 | 2:11-cv-01485-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-5 | 2:11-cv-01486-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |
| Patrick Collins , Inc. v. John Does 1-7 | 2:11-cv-01517-FSH -PS | Newark | Faith S. Hochberg, J. Patty Shwartz, M.J. |

  s/ Samantha H. Evans
Samantha H. Evans