AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>US DISTRICT COURT |
|---|---|
| DOCKET NO.<br>11-3614 (FSH) | DATE FILED<br>6/24/2011 | 50 WALNUT STREET<br>NEWARK, NJ 07101 |
| PLAINTIFF<br>PATRICK COLLINS, INC. | DEFENDANT<br>JOHN DOES 1-26 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | SEE ATTACHED EXHIBIT B | . |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>6/24/2011 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon mail copy to
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

*-APPLICATION-*

### Title
Title of Work: Virgins #4

### Completion/Publication
Year of Completion: 2011
Date of 1st Publication: February 9, 2011      Nation of 1st Publication: United States

### Author
Author: K-Beech, Inc., dba Cherry-Boxxx Pictures
Author Created: editing/editor, production/producer
Work made for hire: Yes
Citizen of: United States      Domiciled in: United States

### Copyright claimant
Copyright Claimant: K-Beech, Inc., dba Cherry Boxxx Pictures
9601 Mason Ave., Unit B, Chatsworth, CA, 91311, United States

### Rights and Permissions
Organization Name: K-Beech, Inc.
Name: Jeff Snyder
Email: jeffs@kbeech.com
Address: 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

### Certification
Name: Jeff Snyder
Date: April 22, 2011

**EXHIBIT B**

Registration #:
Service Request #: 1-599790162
Priority: Routine          Application Date: April 22, 2011 12:25:29 PM

## Correspondent

Organization Name: K-Beech, Inc.
Name: Jeff Snyder
Email: jeffx@kbeech.com
Address: 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Mail Certificate

K-Beech, Inc.
Jeff Snyder
9601 Mason Ave.
Unit B
Chatsworth, CA 91311  United States