**UNITED STATES DISTRICT COURT**
**OF NEW JERSEY**

| | |
|---|---|
| K-BEECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>JOHN DOES 1-26.<br><br>    Defendants. | Civil Action No. 2:11-cv-03614<br><br>**AMENDED RULE 7.1 DISCLOSURE STATEMENT** |

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

        Respectfully submitted,

          s/ Samantha H. Evans
        Samantha H. Evans (SE0898)
        Bowles Crow Lutzer & Newman LLP
        54 W. 21st Street, Suite 1007
        New York, NY 10010
        T: 646.374.0351
        F: 866.844.8305
        sam@bowlescrow.com
        *Attorneys for Plaintiff*