UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

K-BEECH, INC.                    :

    Plaintiff                :        Civil Action No. 11-3614(FSH)

v.                               :

JOHN DOES 1-26,                  :        ORDER

    Defendants               :

This matter having come before the Court on its review of the docket;

and the docket reflecting that the plaintiff filed an Amended Complaint that substituted the original Plaintiff, Patrick Collins, with plaintiff K-Beech, Inc., ECF NO. 5;

and the docket sheet incorrectly identifying K-Beech as a defendant and thus the docket needing to be corrected;

IT IS THEREFORE ON this 6th day of July, 2011

ORDERED that the Clerk shall correct the docket to reflect that the caption set forth in the Amended Complaint, filed as ECF No. 5.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**