UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

K-BEECH, INC.                          :

    Plaintiff                        :    Civil Action No. 11-3614(FSH)

v.                                     :

JOHN DOES 1-26,                        :    ORDER

    Defendants                       :

    This matter having come before the Court by way of defendant's motion regarding a subpoena served upon an internet service provider to obtain identification information and seeking to sever the defendants;

    and it appearing that the motion seeks discovery-based relief;

    and Local Civil Rule 37.1(a)(1) requiring that "Counsel shall confer to resolve any discovery dispute.  Any such dispute not resolved shall be presented by telephone conference call or letter to the Magistrate Judge.  This presentation shall precede any formal motion." L. Civ. R. 37.1(a)(1);

    and it appearing that the defendant having filed a discovery motion without comporting with Local Civil Rule 37.1(a)(1) as it was not preceded by a telephone conference or a letter;

    and for the reasons set forth herein;

    IT IS ON THIS 22nd day of August, 2011

    ORDERED that the request for relief embodied in the defendant's motion [Docket Entry NO. 10] is denied without prejudice; and

    IT IS FURTHER ORDERED that, with respect to all discovery and case management disputes, counsel shall confer in a good faith attempt to informally resolve any discovery disputes

before seeking the Court's intervention.  Should such informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention via joint letter that sets forth: (a) the request, (b) the response; (c) efforts to resolve the dispute; and (d) the parties' positions concerning the requested relief.  No further submissions regarding the dispute may be submitted without leave of Court. If necessary, the Court will thereafter schedule a telephone conference to resolve the dispute.

                                                s/Patty Shwartz  
                                                UNITED STATES MAGISTRATE JUDGE