Samantha H. Evans (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-26, <br><br> Defendants. | **Civil Action No.:** 2:11-03614-FSH-PS |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF DOE 3 ONLY

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>with prejudice</u> Doe Defendant 3 who was assigned the IP Address 68.45.97.53. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Respectfully submitted,

 s/ Samantha H. Evans
Samantha H. Evans (SE0898)
Bowles Crow Newman & Lutzer LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*