Samantha Lutzer (SE0898)
BOWLES CROW LUTZER & NEWMAN LLP
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| K-BEECH, INC., | |
| Plaintiff, | **Civil Action No.:** 2:11-cv-03614-FSH-PS |
| v. | |
| JOHN DOES 1-26, | |
| Defendants. | |

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF 18 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 18. Pursuant to the settlement agreement's terms, Plaintiff hereby now voluntary dismisses Doe Defendant 18 from this action with prejudice. John Doe 18 was assigned the IP address 69.115.25.75.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Does 18 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

*s/ Samantha Lutzer*
Samantha Lutzer (SE0898)
Bowles Crow Lutzer & Newman, LLP.
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F:866.844.8305
sam@bowlescohn.com
*Attorneys for Plaintiff*